# United States District Court

DISTRICT OF

ANHEUSER-BUSCH, INC. a Missouri corporation, and InBev USA, LLC, a Delaware limited liability company,
Plaintiffs,
V.
C & C DISTRIBUTORS, INC., a Rhode Island corporation,
Defendant.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: C.A. 07-047S

TO: (Name and Address of Defendant)
C & C Distributors, Inc.
119 Hopkins Hill Road
West Greenwich, Rhode Island 02817

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Joseph V. Cavanagh, Jr. (#1139)
Kristin E. Rodgers (#4842)
Blish & Cavanagh
Commerce Center
30 Exchange Terrace
Providence, RI 02903-1765
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 2-2-07

BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 2/2/07 |
|---|---|
| NAME OF SERVER (PRINT) Kenneth Norigian | TITLE Constable 6091 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): ✓ Nicole Hiling (receptionist accepted)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 40.00 | TOTAL 40.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/2/07
*Date*

[signature]
*Signature of Server*

32 Waterman Ave Johnston RI
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.