AO 458 (Rev. 5!85) Appearance

# United States District Court

DISTRICT OF Rhode Island

## APPEARANCE

CASE NUMBER: 07-047S

Anheuser-Busch, Inc., a Missouri corporation, and InBev USA, LLC, a Delaware limited liability company,

Plaintiffs,

vs.

C & C Distributors, Inc., a Rhode Island corporation,

Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as co-counsel in this case for the Plaintiff, InBev USA, LLC.

/s/ Angel Taveras

Angel Taveras (#5552)
**CORLEY TAVERAS, LLP**
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 861-2100
(401) 861-2139 FAX
ataveras@ctpllp.com

**CERTIFICATION**

I hereby certify that on the 26th of February, 2007, an exact copy of the within document was submitted to the Electronic Filing System of the United States District Court for its distribution to all counsel of record identified below:

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
jvc@blishcavlaw.com
ker@blishcavlaw.com

Preston W. Halperin, Esq.
Douglas A. Giron, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
pwh@shslawfirm
dag@shslawfirm.com

Brain A. Goldman, Esq.
Goldman Law Offices
681 Smith Street
Providence, RI 02908
goldlaw@cox.net

Jeffrey C. Schreck, Esq.
99 Wayland Avenue, Suite 200
Providence, RI 02906
jschreck@msn.com

/s/ Angel Taveras