UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Anheuser-Busch, Inc., a Missouri corporation, and InBev USA, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Copley Distributors Inc./Charles Fradin Inc., a Rhode Island corporation,<br><br>Defendant. | C.A. No. 07-048S |

**PLAINTIFF INBEV U.S.A., L.L.C.'S JOINDER IN PLAINTIFF ANHEUSER-BUSCH, INC.'S OPPOSITION TO DEFENDANT COPLEY DISTRIBUTORS INC./CHARLES FRADIN INC.'S EMERGENCY MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING**

Now comes Plaintiff InBev U.S.A., L.L.C. ("InBev USA") and hereby joins in and incorporates by reference herein the objection to Defendant Copley Distributors Inc./Charles Fradin Inc.'s Emergency Motion to Enlarge Time to File Responsive Pleading and supporting memorandum filed by Plaintiff Anheuser-Busch, Inc. on February 22, 2007.

Date: February 26, 2007

**InBEV U.S.A., L.L.C.**

By its Attorneys,

/s/ Jeffrey C. Schreck
Jeffrey C. Schreck (#2428)
99 Wayland Avenue, Suite 200
Providence, Rhode Island 02906
Tel: (401) 421-9600
Fax: (866) 587-1527
jschreck@msn.com

/s/ Angel Taveras
Angel Taveras, Esq. (#5552)
Corley Taveras, LLP
127 Dorrance Street, 2nd Floor
Providence, Rhode Island 02903
Tel: (401) 861-2100
Fax: (401) 861-2139
ataveras@ctpllp.com

## CERTIFICATION

I hereby certify that on the 26th of February, 2007, an exact copy of the within document was submitted to the Electronic Filing System of the United States District Court for its distribution to all counsel of record identified below:

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
jvc@blishcavlaw.com
ker@blishcavlaw.com

Preston W. Halperin, Esq.
Douglas A. Giron, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
pwh@shslawfirm
dag@shslawfirm.com

Brain A. Goldman, Esq.
Goldman Law Offices
681 Smith Street
Providence, RI 02908
goldlaw@cox.net

/s/ Angel Taveras