UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Anheuser-Busch, Inc., a Missouri corporation, and InBev USA, LLC, a Delaware limited liability company, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | C.A. No. 07-047-S |
| C & C Distributors, Inc. a Rhode Island corporation, | ) | |
| Defendant. | ) | |

**CORRECTED MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Anheuser-Busch, Inc. hereby moves that Timothy T. Finley be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Plaintiff,
ANHEUSER-BUSCH, INC.

/s/ Joseph V. Cavanagh, Jr.
Joseph V. Cavanagh, Jr.
Bar ID No.: 1139
Blish & Cavanagh. LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Dated: February 28, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State Illinois and the District of Columbia and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months with the exception of *Copley Distributors et al. v. Anheuser-Busch Inc. et al,* 07-0703 filed in the Rhode Island Superior Court and *Anheuser-Busch Inc. v. Copley Distributors Inc./Charles Fradin Inc.* 1:07-cv-48 filed in the United States District Court for the District of Rhode Island.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court

respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Timothy T. Finley (DC Bar # 471841)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
FinleyT@Howrey.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Joseph V. Cavanagh, Jr. (RI Bar # 1139)
Blish & Cavanagh
Commerce Center
30 Exchange Terrace
Providence, RI 02903-1765
Telephone: (401) 831-8900
Facsimile: (401) 751-7542
jvc@blishcavlaw.com

**ORDER**

This Motion is hereby Granted

United States District Judge

Date: 3/5/07

**CERTIFICATION**

I hereby certify that on the 28th day of February, 2007, an exact copy of the within document was submitted to the Electronic Filing System of the United States District Court for its distribution to all counsel of record identified below:

Preston W. Halperin, Esq.
Douglas A. Giron, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
pwh@shslawfirm.com
dag@shslawfirm.com

Brian A. Goldman, Esq.
Goldman Law Offices
681 Smith Street
Providence, RI 02908
goldlaw@cox.net

Jeffrey C. Schreck, Esq.
99 Wayland Avenue, Suite 200
Providence, RI 02906
jshcreck@msn.com

Angel Taveras, Esq.
127 Dorrance Street
Providence, RI 02903
ataveras@ctpllp.com

R. Kelly Sheridan, Esq.
Shaun Brousseau, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybossey Street
Providence, RI 02903
ksheridan@rcfp.com
sbrousseau@rcfp.com

/s/ Joseph V. Cavanagh, Jr.