UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANHEUSER-BUSCH, INC. a Missouri Corporation, and INBEV USA, LLC, a Delaware limited liability company,
Plaintiffs,
v.

C.A. No. 07-047S

C & C DISTRIBUTORS, INC., A Rhode Island Corporation,
Defendant

**ORDER**

This matter was scheduled for Hearing before Magistrate Judge David L. Martin on February 27, 2007 on Defendant's Emergency Motion to Enlarge Time to File Responsive Pleadings, and after a hearing thereon:

**It is hereby ORDERED, AGREED, AND ADJUDGED that:**

1. The Defendant's shall have up to and including February 27, 2007 in order to file a response to the Plaintiff's Complaint in this matter.
2. Plaintiffs' right to argue that the motion filed by Defendant on February 27, 2007 does not constitute a Responsive pleading in lieu of filing an answer to the Complaint is preserved.

ENTER:

David L Martin
David L. Martin

PER ORDER:

Martha Saucy

Dated: March 8, 2007.